**James Vernon SPRAGUE, Petitioner–Appellant,**

v.

**State of OREGON, Respondent–Appellee.**

**No. 07–35353.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 6, 2007 *.

Filed Aug. 6, 2007.

Michael R. Levine, Esq., Law Office of Michael R. Levine, Portland, OR, for Petitioner–Appellant.

Douglas Park, Esq., AGOR—Office of the Oregon Attorney General (Salem), Salem, OR, for Respondent–Appellee.

Before: CANBY, HALL, and CALLAHAN, Circuit Judges.

MEMORANDUM **

We decline to extend the extraordinary circumstances exception to the *Younger* abstention doctrine to the facts of this case. We affirm for the reasons stated by the district court.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Appellant's urgent motion to stay the state trial pending resolution of this appeal is denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Cir. R. 36–3.